**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 143 MAL 2020

         Respondent          :

                                         :   Petition for Allowance of Appeal

                                         :   from the Order of the Superior Court

         v.                         :

                                         :

MALCOM XAVIER ROGERS,           :

                                         :

         Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

        **AND NOW**, this 25th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.